AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Campbell, Tena | 2. Court or Organization<br><br>U.S. District Court, Utah | 3. Date of Report<br><br>05/08/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Dist. Court Judge- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Frank E. Moss Courthouse<br>350 South Main St. Rm 235<br>Salt Lake City, Utah 84111 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2007 MAY 21 A 9: 50
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/08/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/08/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 3M CO | | None | K | T | BUY | 12-11 | K | | |
| 2. AGRIUM INC | A | Dividend | | | SELL | 12-6 | J | C | |
| 3. AIFUL CORP UNSPON ADR | | None | | | BUY | 11-17 | J | | |
| 4. AIFUL CORP UNSPON ADR | | None | | | SELL | 12-06 | J | A | |
| 5. ALLIANZ NFJ DIVD VALU FD CL-A | A | Dividend | | | SELL | 5-16 | J | A | |
| 6. ALLIANZ HIGH 5 L | | None | M | T | BUY | 4-21 | M | | |
| 7. APPLIED MATERIALS INC | A | Dividend | | | SELL | 12-6 | J | A | |
| 8. AMERICAN POWER CONV CORP | A | Dividend | | | BUY | 2-27 | J | | |
| 9. AMERICAN POWER CONV CORP | | None | | | SELL | 12-6 | J | C | |
| 10. ARMOR HLDGS INC | | None | J | T | BUY | 12-11 | J | | |
| 11. AVX CORP - NEW | | None | | | SELL | 12-6 | J | A | |
| 12. BROOKFIELD ASSET MGT CL-A | A | Dividend | | | SELL | 12-6 | J | D | |
| 13. BROOKLINE BANCSHARES NC | A | Dividend | | | BUY | 2-9 | J | | |
| 14. BROOKLINE BANCSHARES NC | | None | | | SELL | 12-6 | J | | |
| 15. CEMEX SA SPONS ADR NEW REP A& B SHRS | | None | K | T | BUY | 12-11 | J | | |
| 16. CHEUNG KONG HLDG LTD ADR | A | Dividend | | | BUY | 6-12 | J | | |
| 17. CHEUNG KONG HLDG LTD ADR | | None | | | SELL | 12-6 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

This material is based on data obtained from sources
we consider to be reliable;however, it is not guaranteed
to accuracy and does not purport to be complete.

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CIMAREX ENERGY CO | A | Dividend | | | BUY | 9-7 | J | | |
| 19. CIMAREX ENERGY CO | | None | | | BUY | 9-20 | J | | |
| 20. CIMAREX ENERGY CO | | None | | | SELL | 12-6 | J | A | |
| 21. COMSTOCK RESOURCES INC NEW | | None | | | BUY | 5-15 | J | | |
| 22. COMSTOCK RESOURCES INC NEW | | None | | | BUY | 5-25 | J | | |
| 23. COMSTOCK RESOURCES INC NEW | | None | | | BUY | 7-17 | J | | |
| 24. COMSTOCK RESOURCES INC NEW | | None | | | SELL | 12-6 | K | A | |
| 25. CREDEENCE SYS CORP | | None | | | SELL | 9-27 | J | | |
| 26. CROSS COUNTRY HLTHCARE | | None | | | SELL | 11-17 | J | B | |
| 27. DAVIS NEW YORK VENTURE - A | A | Dividend | | | SELL | 2-17 | J | A | |
| 28. DAVIS NEW YORK VENTURE - A | | None | | | SELL | 8-1 | J | A | |
| 29. DIEBOLD INCORP | | None | K | T | BUY | 12-11 | K | | |
| 30. EATON VANCE LARGE CAP VALUE A | | None | | | | | | | |
| 31. ELECTRO SCIENTIFIC | | None | | | SELL | 12-6 | J | A | |
| 32. ELECTRONICS FOR IMAGING | | None | | | SELL | 12-6 | J | B | |
| 33. ENCANA CORP | A | Dividend | K | T | BUY | 12-11 | K | | |
| 34. ENCANA CORP | | None | | | PART SELL | 12-6 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

This material is based on data obtained from sources
we consider to be reliable; however, it is not guaranteed
to accuracy and does not purport to be complete.

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EUROPACIFIC GROWTH CL F | A | Dividend | | | SELL | 2-17 | J | A | |
| 36. EUROPACIFIC GROWTH CL F | | None | | | SELL | 7-20 | J | A | |
| 37. EUROPACIFIC GROWTH CL F | | None | | | SELL | 8-1 | J | A | |
| 38. FEDERAL HOME LOAN BANK | | None | | | SELL | 4-17 | L | | |
| 39. FEDERATED AUTOMATE CASH MGMT TRUST - IS | D | Dividend | | | | | | | |
| 40. FINANCING CORP CPN FICO STRPS SERS 16 | | None | | | SELL | 4-17 | K | | |
| 41. FINANCING CORP FED BOOK ETRY FICO SERIES E | | None | | | SELL | 4-17 | K | | |
| 42. FNMA REMIC 3-44-CB | A | Interest | | | SELL | 4-17 | K | | |
| 43. FOREST CITY ENTERPRISES CL A | A | Dividend | | | BUY | 3-1 | J | | |
| 44. FOREST CITY ENTERPRISES CL A | | None | | | SELL | 12-6 | K | D | |
| 45. FORTUNE BRANDS INC | | None | K | T | BUY | 12-11 | K | | |
| 46. FRANKLIN FLTG RATE DAIL | A | Dividend | | | SELL | 4-17 | K | | |
| 47. GANNETT CO NC DEL | | None | K | T | BUY | 12-11 | K | | |
| 48. GOLDCORP INC - NEW | | None | K | T | BUY | 12-11 | J | | |
| 49. GROWTH FUND OF AMERICAN CL F | A | Dividend | | | SELL | 2-17 | J | A | |
| 50. GROWTH FUND OF AMERICAN CL F | | None | | | SELL | 8-1 | J | A | |
| 51. HENDERSON LD DEV LTD | A | Dividend | | | BUY | 6-9 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

This material is based on data obtained from sources
we consider to be reliable; however, it is not guaranteed
to accuracy and does not purport to be complete.

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HENDERSON LD DEV LTD | | None | | | BUY | 6-27 | J | | |
| 53. HENDERSON LD DEV LTD | | None | | | SELL | 12-06 | J | B | |
| 54. HUTCHINSON WHAMPOA LTD ADR | A | Dividend | | | BUY | 9-26 | J | | |
| 55. HUTCHINSON WHAMPOA LTD ADR | | None | | | SELL | 12-6 | J | C | |
| 56. INTEL CORP | A | Dividend | | | BUY | 5-22 | J | | |
| 57. INTEL CORP | | None | | | SELL | 12-6 | J | A | |
| 58. J HANCOCK CLASSIC VAL CL - A | A | Dividend | | | SELL | 8-1 | J | | |
| 59. JAKKS PAC NC | | None | | | SELL | 12-6 | J | B | |
| 60. JOURNAL COMMUNICATIONS | | None | | | BUY | 11-30 | | | |
| 61. JOURNAL COMMUNICATIONS | | None | | | BUY | 12-01 | | | |
| 62. JOURNAL COMMUNICATIONS | | None | | | SELL | 12-06 | J | A | |
| 63. LAUREATE EDUCATION INC | | None | K | T | BUY | 12-11 | K | | |
| 64. LEAPFROG ENTERPRISES INC | | None | | | BUY | 1-20 | J | | |
| 65. LEAPFROG ENTERPRISES INC | | None | | | BUY | 2-27 | J | | |
| 66. LEAPFROG ENTERPRISES INC | | None | | | SELL | 12-06 | J | | |
| 67. LEGG MASON INC | A | Dividend | | | BUY | 5-17 | J | | |
| 68. LEGG MASON INC | | None | | | BUY | 7-25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

This material is based on data obtained from sources we consider to be reliable;however, it is not guaranteed to accuracy and does not purport to be complete.

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LEGG MASON INC | | None | | | SELL | 12-6 | J | B | |
| 70. LEXMARK NTL INC | | None | | | BUY | 2-2 | J | | |
| 71. LEXMARK NTL INC | | None | | | BUY | 2-27 | J | | |
| 72. LEXMARK NTL INC | | None | | | SELL | 12-6 | J | C | |
| 73. LORD ABBOTT AFFILIATE A | A | Dividend | | | | | | | |
| 74. MDU RESOURCES GROUP INC | | None | K | T | BUY | 12-11 | J | | |
| 75. MELLON FINL CORP (PA) | A | Dividend | | | BUY | 1-31 | J | | |
| 76. MELLON FINL CORP (PA) | | None | | | BUY | 6-30 | J | | |
| 77. MELLON FINL CORP (PA) | | None | | | SELL | 12-6 | J | B | |
| 78. NEWALLIANCE BANCSHARES INC | A | Dividend | | | BUY | 1-20 | J | | |
| 79. NEWALLIANCE BANCSHARES INC | | None | | | BUY | 2-9 | J | | |
| 80. NEWALLIANCE BANCSHARES INC | | None | | | BUY | 4-11 | J | | |
| 81. NEWALLIANCE BANCSHARES INC | | None | | | SELL | 12-6 | K | C | |
| 82. NEWMONT MINING CORP | | None | K | T | BUY | 12-11 | K | | |
| 83. PATTERSON COS INC | | None | K | T | BUY | 12-11 | J | | |
| 84. PFIZER INCORP | A | Dividend | | | BUY | 5-12 | J | | |
| 85. PFIZER INCORP | | None | | | SELL | J | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

This material is based on data obtained from sources
we consider to be reliable;however, it is not guaranteed
to accuracy and does not purport to be complete.

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. REGIS CORP | | None | K | T | BUY | 12-11 | J | | |
| 87. RUSS BERRIE AND COM | | None | | | SELL | 12-6` | J | A | |
| 88. SONY CORP SPONSORED ADR | | None | J | T | BUY | 12-11 | J | | |
| 89. ST JOE CO | A | Dividend | | | BUY | 2-9 | J | | |
| 90. ST JOE CO | | None | | | BUY | 2-27 | J | | |
| 91. ST JOE CO | | None | | | BUY | 6-1 | J | | |
| 92. ST JOE CO | | None | | | SELL | 12-6Q | K | B | |
| 93. SUPERIOR INDS INTL | A | Dividend | | | SELL | 12-6 | J | | |
| 94. SYCAMORE NETWORKS INC | | None | | | SELL | 12-6 | J | | |
| 95. TAMARAK INVT FNDS | A | Interest | | | | | | | |
| 96. TELECOM CORP OF NEW ZEALAND LTD SPONS ADR | A | Dividend | | | BUY | 4-13 | J | | |
| 97. TELECOM CORP OF NEW ZEALAND LTD SPONS ADR | | None | | | BUY | 6-20 | J | | |
| 98. TELECOM CORP OF NEW ZEALAND LTD SPONS ADR | | None | | | SELL | 12-6 | J | A | |
| 99. TELLABS NC | | None | | | SELL | 12-6 | J | B | |
| 100. THIRD AVE REAL ESTATE VALUE FUND | A | Dividend | | | SELL | 2-17 | J | A | |
| 101. THIRD AVE REAL ESTATE VALUE FUND | | None | | | SELL | 8-1-0 | J | A | |
| 102. URS CORP - NEW | | None | J | T | BUY | 12-11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

This material is based on data obtained from sources
we consider to be reliable; however, it is not guaranteed
to accuracy and does not purport to be complete.

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. WABTEC INC | | None | K | T | BUY | 12-11 | J | | |
| 104. WASHINGTON MUTUAL INVESTORS FD CLF | A | Dividend | | | SELL | 5-16 | J | A | |
| 105. XEROX CORP | | None | K | T | BUY | 12-11 | J | | |
| 106. WELLS FARGO & CO | A | D | J | T | | | | | |
| 107. WELLS FARGO MONEY MARKET | A | I | J | T | | | | | |
| 108 WELLS FARGO MONEY MARKET | B | I | J | T | | | | | |
| 109. WELLS FARGO BANKCHECK | A | I | J | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000  O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes         P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)            Q =Appraisal            V =Other                   S =Assessment
                              U =Book Value                                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Tena | 05/08/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date 5-15-2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544